UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BANKS,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIAN ROE et al.,<br><br>        Defendants. | No. 1:17-cv-00856-DAD-SKO<br><br>ORDER DISMISSING COMPLAINT SUA SPONTE FOR IMPROPER VENUE |

Plaintiff Frederick Banks, a prisoner currently confined at the Northeast Ohio Correctional Center in Youngstown, Ohio, commenced this action on June 22, 2017. According to his complaint,[1] plaintiff alleges various acts of misconduct on the part of at least nine defendants, primarily relating to his criminal prosecution in the United States District Court for the Western District of Pennsylvania. (*See* Doc. No. 1.)

A district court may dismiss a complaint *sua sponte* for improper venue. *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986). Under the venue statute applicable to civil actions not solely based on diversity jurisdiction, such an action must be brought in

---

[1] Plaintiff's complaint appears to be substantially identical to complaints filed on his behalf in district courts throughout the country. *See, e.g.*, *Banks v. Roe*, No. 1:17-cv-01492-GPG (D.Colo.) (filed June 29, 2017); *Banks v. Roe*, No. 2:17-cv-06054-MLCF-MBN (E.D. La.) ( filed June 19, 2017); *Banks v. Roe*, No. 6:17-cv-00371-RC-JDL (E.D. Tex.) (filed June 19, 2017); *Banks v. Roe*, No. 1:17-cv-00744-TSE-MSN (E.D. Va.) (filed June 29, 2017).

1

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Here, venue in the United States District Court for the Eastern District of California is improper. From the face of the complaint, none of the defendants reside in California; most appear to be located in Pennsylvania. Moreover, none of the events giving rise to plaintiff's allegations appear to have occurred in the Eastern District of California. Finally, the court concludes that this action may be brought in at least one other judicial district, namely in the Western District of Pennsylvania.

Accordingly,

1. Venue in United States District Court for the Eastern District of California is improper;
2. Plaintiff's complaint is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 10, 2017**

UNITED STATES DISTRICT JUDGE